### No. 4191

### Second Circuit

### (Second Division)

———

### COOPER v. THIGPEN

———

(March 16, 1932. Opinion and Decree.)

———

S. M. Atkinson, of Mansfield, attorney for plaintiff, appellee.

Lee & Williams, of Mansfield, attorneys for defendant, appellant.

STEPHENS, J. The plaintiff, a practicing physician in Mansfield, La., brought this suit to recover the sum of $150, for professional services rendered for the account of Tom Thigpen, the defendant.

The defendant answered, admitting an indebtedness to the plaintiff of $65.50 of the sum sued for, and averring that that amount had been tendered the plaintiff and refused by him since the institution of the suit.

A trial of the case resulted in a judgment in favor of plaintiff as prayed for, and the defendant appealed.

As the amount in dispute is clearly less than $100, this court is without jurisdiction, and the appeal is therefore dismissed ex proprio motu.